Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9100 Wilshire Blvd. #725 E.
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile: 310/209-2348

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATHEESH THOMAS, | Case No. 4:21-cv-02477-DMR |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| FIVE PRIME THERAPEUTICS, INC., WILLIAM R. RINGO, FRANKLIN M. BERGER, KAPIL DHINGRA, PEDER K. JENSEN, GARRY NICHOLSON, CAROL SCHAFER, LORI LYONS-WILLIAMS, and THOMAS CIVIK, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Satheesh Thomas ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

| | |
|---|---|
| Dated: April 23, 2021 | **WEISSLAW LLP** |
| | By: */s/ Joel E. Elkins* |
| | Joel E. Elkins<br>9100 Wilshire Blvd. #725 E.<br>Beverly Hills, CA 90210<br>Telephone:  310/208-2800<br>Facsimile:   310/209-2348<br>-and-<br>Richard A. Acocelli<br>1500 Broadway, 16th Floor<br>New York, NY  10036<br>Telephone: 212/682-3025<br>Facsimile:  212/682-3010 |
| **OF COUNSEL** | |
| **BRAGAR EAGEL & SQUIRE, P.C.**<br>Alexandra B. Raymond<br>810 Seventh Avenue, Suite 620<br>New York, NY 10019<br>Tel: (646) 860-9158<br>Fax: (212) 214-0506<br>Email: raymond@bespc.com | |
| | *Attorneys for Plaintiff* |
| *Attorneys for Plaintiff* | |